FILED

APR 1 4 2020          ①

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
OFFICE OF THE CLERK, JULIA RICHARDS JOHNSTON
P.O BOX 25670
RALEIGH, NORTH CAROLINA 27611

I REQUEST WAIVER OF THE FILING FEE AND ANY
OTHER FEE DUE TO INDIGENT STATUS DOCUMENTED
BY:        CASE: 6:16-CR-187-Orl-41TBS

JOHN M. GAYDEN, JR.
   PETITIONER, PRO SE

        V.

MICHAEL CARVAJAL
     DIRECTOR OF THE FEDERAL BUREAU OF PRISONS
     CENTRAL OFFICE
     320 FIRST ST. N.W,
     WASHINGTON D.C, 20530
     RESPONDENT

PETITIONER'S CIVIL ACTION FOR WRONGFUL ENCARCERATION
AND IN THE EVENT OF DEATH, WRONGFUL DEATH
DUE TO COVID-19 FOR VIOLATION OF THE CARES ACT
OF 2020 AND ATTORNEY GENERAL BARR'S ORDER,
AND DIRECTIVE TO THE BUREAU OF PRISONS.
THIS IS A CIVIL ACTION SEEKING COMPENSATION FOR DAMAGES
FOR WRONGFUL ENCARCERATION DUE TO VIOLATION OF THE CARES
ACT OF 2020 AND ATTORNEY GENERAL BARR'S ORDER DIRECTING
MICHAEL CARVAJAL, DIRECTOR OF THE FEDERAL BUREAU OF

PRISONS, FOR EMERGENCY, EXPEDITED RELEASE OF ELIGIBLE INMATES WHO HAVE MET SPECIFIC DESIGNATED REQUIREMENTS TO HOME CONFINEMENT DUE TO THE CORONA VIRUS (COVID-19) PANDEMIC.

ON MARCH 31, 2020 MICHAEL CARVAJAL, DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, AS WELL AS SOCIAL WORKERS AT BUTNER, LSCI WERE GIVEN A WRITTEN REQUEST FOR EMERGENCY, EXPEDITED RELEASE FROM BUTNER LSCI BECAUSE I MEET THE DESIGNATED REQUIREMENTS ORDERED AND DIRECTED TO THE DIRECTOR OF THE BUREAU OF PRISONS BY ATTORNEY GENERAL BARR FOR EMERGENCY, EXPEDITED RELEASE OF FEDERAL PRISONERS DUE TO THE CORONA VIRUS (COVID-19) PANDEMIC. (EXHIBIT A, BARR'S ORDER) ~~EXHIBIT~~ (EXHIBIT D MY WRITTEN REQUEST) I HAVE MET THE FOLLOWING REQUIREMENTS:

① I AM 66 YEARS OLD (DATE OF BIRTH - JULY 19, 1953.

② I HAVE (FTD) FRONTOTEMPORAL DEMENTIA, A TERMINAL ILLNESS WITH AN END OF LIFE TRAJECTORY. (EXHIBIT B)

③ MY RISK ASSESSMENT / RECIDIVISM LEVEL IS MINIMAL (EXHIBIT C)

④ I AM A FIRST TIME NON VIOLENT OFFENDER (CASE 6:16-CR-187-ORL-41 TBS

⑤ I HAVE BEEN A MODEL INMATE IN FEDERAL PRISON WITH GOOD CONDUCT.

⑥ I HAVE BEEN CONVICTED OF A PHONEY CRIME WHICH IS UNDER APPEAL FOR THE ELEVENTH CIRCUIT (APPEAL NO. 18-14182-DD)

⑦ MY REENTRY PLAN IS TO BE RELEASED TO MY HOME ADDRESS WITH MY WIFE MELISSA MADDEN GAYDEN AND MY SIX YEAR OLD SON BENTLEY GAYDEN AT 608 MANGO DRIVE, MELBOURNE BEACH, FLORIDA 32951. I HAVE RETIREMENT INCOME FROM SOCIAL SECURITY,

Case 5:20-ct-03139-M   Document 1   Filed 04/14/20   Page 2 of 6

(3)

I HAVE MEDICARE FOR HEALTH INSURANCE.
IF I NEED MEDICAL CARE IN THE FUTURE.
I WILL BE SEEN AT HEALTH FIRST HOLMES REGIONAL
MEDICAL CENTER, MELBOURNE, FLORIDA 32901

(8) I HAVE BEEN UNDER A PREVENTATIVE, PROTECTIVE
QUARANTINE AT BUTNER LSCI, VIANCEA, SINCE
MARCH 23, 2020. (MORE THAN THE 2 WEEK REQUIREMENT.
I HAVE NOT YET BEEN EXPOSED TO ANYONE WITH
COVID-19 AND I HAVE NOT TESTED POSITIVE FOR
COVID-19.

SECTION 602 HOME CONFINEMENT FOR LOW RISK
PRISONERS

UNDER SECTION 3642 (C)(2) OF TITLE 18, UNITED STATES
CODE AMENDED BY ADDING AT THE END OF THE
FOLLOWING: "THE BUREAU OF PRISONS SHALL, TO THE
EXTENT PRACTICABLE, PLACE PRISONERS WITH LOWER
RISK LEVELS AND LOWER NEEDS"

REDUCTION OF SENTENCE AND COMPASSIONATE RELEASE

NOT ONLY AM I AN ELDERLY OFFENDER WHO IS
ELIGIBLE UNDER ATTORNEY GENERAL BARR'S
ORDER AND DIRECTIVE TO THE BUREAU OF PRISONS,
BUT I AM AN ELIGIBLE TERMINALLY ILL PRISONER
FOR RELEASE TO HOME CONFINEMENT UNDER THE
NEWLY AMENDED 18 U.S.C. SECTION 3582 (C)(1)(A)(1)
FOR AN ORDER REDUCING MY SENTENCE TO TIME SERVED
BASED ON MY TERMINAL MEDICAL CONDITION (FTD)
BEHAVIORAL VARIANT FRONTOTEMPORAL DEMENTIA WHICH IS

A TERMINAL CONDITION WITH AN END OR LIFE TRAJECTORY. (EXHIBIT B).

SECTION 1654 OF TITLE 28 OF THE UNITED STATES CODE PROVIDES: "IN ALL COURTS OF THE UNITED STATES THE PARTIES MAY PLEAD AND CONDUCT THEIR OWN CASES PERSONALLY OR BY COUNSEL AS, BY THE RULES OR SUCH COURTS, RESPECTIVELY, ARE PERMITTED TO MANAGE AND CONDUCT CAUSES THEREIN"

SEE HAINES V. KERNER, 404 U.S. 520 (1971)

PLAINTIFF INMATE FILED PRO SE COMPLAINT AGAINST PRISON SEEKING COMPENSATION FOR DAMAGES SUSTAINED WHILE PLACED IN SOLITARY CONFINEMENT. IN FINDING PLAINTIFF'S COMPLAINT LEGALLY SUFFICIENT, SUPREME COURT FOUND THAT PRO SE PLEADINGS SHOULD BE HELD TO "LESS STRINGENT STANDARDS" THAN THOSE DRAFTED BY ATTORNEY'S."
FINALLY, JUSTICE DELAYED IS JUSTICE DENIED.

THE PETITIONER MOVES THE COURT TO:

ISSUE AN EMERGENCY, EXPEDITED ORDER FOR PETITIONER'S IMMEDIATE RELEASE WITH REDUCTION IN SENTENCE OR IN THE ALTERNATIVE TO HOME CONFINEMENT DUE TO THE CORONA VIRUS PANDEMIC. (COVID-19).

ISSUE AN ORDER TO THE DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, MICHAEL CARVAJAL, FOR COMPENSATION OF $3,500 PER DAY FOR DAMAGES FROM WRONGFUL IMPRISONMENT BEGINNING FROM MARCH 26, 2020, THE EFFECTIVE DATE THAT ATTORNEY GENERAL BARR GAVE AN EMERGENCY ORDER DIRECTING MICHAEL CARVAJAL FOR EMERGENCY, EXPEDITED RELEASE OF ELIGIBLE FEDERAL INMATES TO HOME CONFINEMENT DUE TO CORONA VIRUS (COVID-19) PANDEMIC UNTIL THE DAY OF MY RELEASE FROM PRISON.

ISSUE AN ORDER IN THE ALTERNATIVE, IF THE DELAY IS SO PROLONGED AS IT CAUSES MY DEATH FROM COVID-19, I DEMAND COMPENSATION OF TWENTY-FIVE MILLION DOLLARS TO BE PAID TO MY SURVIVING WIFE, MELISSA MADDEN GAYDEN, AT 408 MANGO DRIVE, MELBOURNE BEACH, FLORIDA 32951. I PRAY THAT IF I SURVIVE THAT THE COURT GRANT EXPEDITED, EMERGENCY RELEASE FROM PRISON. ISSUE AN ORDER FOR SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS JUST AND PROPER.

APRIL 7, 2020
DATE

RESPECTFULLY SUBMITTED BY;

John M. Gayden, Jr.
JOHN M. GAYDEN, JR.
PETITIONER, PRO SE
REGISTRATION # 67742-018
VANCE A
LOW SECURITY CORRECTIONAL INSTITUTION
P.O. BOX 999
BUTNER, N.C. 27509

(6)

CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY, 28 U.S.C. 1746 THAT ON THIS 7TH DAY OF APRIL 2020, I MAILED A COMPLETE COPY AND EXHIBITS OF THIS CIVIL ACTION FOR COMPENSATION OF DAMAGES FOR WRONGFUL ENCARCERATION AND DAMAGES IN THE EVENT OF MY DEATH TO THE ADDRESS BELOW WITH PROPER POSTAGE THROUGH LEGAL MAIL FROM P.O BOX 999, BUTNER, N.C. ~~ET905~~, 27509

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
OFFICE OF THE CLERK OF COURT,
JULIA RICHARDS JOHNSTON
P. O BOX 25670
RALEIGH, NORTH CAROLINA 27611

_John M. Gayden Jr._
JOHN M. GAYDEN, JR.
REGISTRATION No 67742-018
VANCE A
LOW SECURITY CORRECTIONAL INSTITUTION
P.O BOX 999
BUTNER, N.C. 27509