FILED

MAY 1 1 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____
_____ DEP CLK

### United States District Court
Eastern District of North Carolina
Western Division

Case No. 5:20-ct-03139-M

(To be filled out by Clerk's Office only)

JOHN MATTHEW GAYDEN, JR.

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 67742-018

# COMPLAINT

-against-

*(Pro Se* Prisoner)

1) WILLIAM BARR, ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE

2) MICHAEL CARVAJAL,
DIRECTOR OF THE BUREAU OF PRISONS

3) TAMARA S. LYN,
WARDEN, FCI BUTNER

Jury Demand?
☐ Yes
☒ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)*

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

Case 5:20-ct-03139-M    Document 4    Filed 05/11/20    Page 1 of 10

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☒    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

JOHN MATTHEW GAYDEN, JR.
_____
Name

677-42-018
_____
Prisoner ID #

BUTNER LOW SECURITY CORRECTIONAL INSTITUTION
_____
Place of Detention

LOW SECURITY CORRECTIONAL INSTITUTION, VANCE A
P.O. BOX 999
_____
Institutional Address

| BUTNER, NORTH CAROLINA | | 27509 |
|---|---|---|
| City | State | Zip Code |

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee    ☐ State    ☐ Federal

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☒ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __WILLIAM BARR__
Name __ATTORNEY GENERAL__

Current Job Title __OFFICE OF THE ATTORNEY GENERAL U.S. DEPARTMENT OF JUSTICE__

Current Work Address
__950 PENNSYLVANIA AVENUE, N.W., SUITE 4322__
__WASHINGTON, D.C.__            __20530-001__
City                     State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: __MICHAEL CARVAJAL__
Name __DIRECTOR OF FEDERAL BUREAU OF PRISONS OFFICE OF THE DIRECTOR__

Current Job Title __CENTRAL OFFICE__

Current Work Address
__320 FIRST STREET NW__

City __WASHINGTON__     State __D.C.__     Zip Code __20530__

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## Defendant(s) Continued

Defendant 3: _TAMARA S. LYN_
Name _WARDEN, FCC BUTNER_

Current Job Title

_LOW SECURITY CORRECTIONAL INSTITUTION_
Current Work Address
_P.O.BOX 999_

City _BUTNER_     State _N.C._     Zip Code _27509_

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 4:

Name

Current Job Title

Current Work Address

City     State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: LOW SECURITY CORRECTIONAL INSTITUTION VANCE A, BUTNER, N.C. 27509

Date(s) of occurrence: MARCH 27, 2020; CARES ACT OF MARCH 27, 2020.

State which of your federal constitutional or federal statutory rights have been violated:

1) 2848C - CRUEL AND ABUSIVE TREATMENT. I FEEL MY LIFE IS IN DANGER FROM COVID-19. I AM ~~either~~ UNDER IMMINENT DANGER OF PHYSICAL INJURY AND DEATH. 2) VIOLATION OF CARES ACT OF MARCH 27, 2020; EX POST FACTO LAW ABIDES ON FILING MY LAWSUIT APRIL 7, 2020.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: I SHARE A 70-SQUARE-FOOT SPACE WITH TWO OTHER INMATES IN AN OPEN UNIT WITH 16 TOILETS FOR ABOUT 150 PRISONERS AT BUTNER LOW SECURITY CORRECTIONAL INSTITUTION, VANCE A, BUTNER, N.C. 27509. BETWEEN 5 AND 13 PRISONERS IN THE BUTNER COMPLEX HAVE DIED FROM COVID-19. ATLEAST 65 BUTNER INMATES AND 27 CORRECTIONAL

| Who did what to you? |
|---|

OFFICERS AT BUTNER COMPLEX HAVE TESTED POSITIVE FOR COVID-19. IT IS IMPOSSIBLE FOR FEDERAL INMATES TO GET MORE THAN 2-3 FEET APART, THE AIR CONDITIONING SYSTEM CIRCULATES AIR FOR 150 PRISONERS. VERY ~~few~~ FEW OF THE APPROXIMATELY 1200 FEDERAL PRISONERS HAVE BEEN TESTED FOR COVID-19. PRISONERS FROM ALL OVER THE U.S. FEDERAL PRISON SYSTEM HAVE BEEN TRANSFERRED TO ~~BUTNER FOR MEDICAL TREATMENT AND ARE VULNERABLE~~ TO COVID-19 JUST THE SAME AS I AM VULNERABLE. I UNDERSTAND THAT THE TREATMENT AT BUTNER LSCI POLICY WILL BE NO TREATMENT WITH HYDROXY-CHLOROQUINE OR ANY OTHER ANTI-VIRAL MEDICATION. NO OXYGEN OTHER NASAL OXYGEN WILL BE AVAILABLE. PRISONERS WILL NOT BE TRANSFERRED TO PRIVATE HOSPITALS FOR VENTILATOR SUPPORT SINCE IT TAKES TWO CORRECTIONAL OFFICERS 24 HOURS/DAY TO REMAIN WITH PRISONERS. THERE ARE NOT CORRECTION OFFICERS TO ACCOMPLISH THIS. PRISONERS WILL NOT BE RESUSITATED. THIS MEDICAL CARE, DESPITE BEING IN A MEDICAL COMPLEX (FMC) WHICH IS NOT A CERTIFIED HOSPITAL, IS WELL BELOW THE

Page 5 of 10

Rev. 5/2017 Prisoner Complaint

STANDARD OF CARE FOR THE COMMUNITY. ALL PRISONERS AT BUTNER SHOULD BE TESTED AT BUTNER JUST AS IT'S REQUIRED IN NURSING HOMES. MEDICAL STAFF AT BUTNER LSCI. ARE NOT COMPETANT TO HANDLE THE COVID-19 CRISIS AND THE ADMINISTRATION IS EVEN MORE DELIBERATELY IGNORANT AND INDIFFERENT TO MEDICAL TERMINAL DISEASE, DEBILATATED ELDERLY PRISONERS, AND REFUSE TO RELEASE PRISONERS UNDER THE CARES ACT OF MARCH 27, 2020. NOT A SINGLE PRISONER HAS BEEN RELEASED AFTER 32 DAYS FROM MARCH 27, 2020. NO LIST FOR EARLY RELEASE IS STILL NOT "IMMEDIATELY AVAILABLE." I AM VULNERABLE TO COVID-19 AND I AM IN EMMINET DANGER OF DEATH OR SERIOUS PHYSICAL INJURY.

THIS IS A CIVIL ACTION FOR CRUEL AND ABUSIVE TREATMENT AND EMMINET DANGER OF DEATH OR

**What happened to you?**

SERIOUS PHYSICAL INJURY. 2848C AND I AM SEEKING COMPENSATION FOR DAMAGES FROM ALL OF THE DEFENDANTS INDIVIDUALLY AND OFFICIALLY. IN ADDITION, I AM SEEKING COMPENSATION FOR DAMAGES DUE TO THE CARES ACT OF MARCH 27, 2020. THE DEFENDANTS ARE DELIBERATELY IGNORANT, INDIFFERENT, AND INCOMPETANT IN THERE RESPONSE TO THE CARE ACT OF MARCH 27, 2020. I UNDERSTAND THAT THERE IS AN INVESTIGATION AND LITIGATION AGAINST ALL OF THEM FOR THEIR SLOW MOVING, SLOW WALK POLICY AND PROCEDURES. JUSTICE

**When did it happen to you?**

DELAYED IS JUSTICE DENIED.

I MEET THE REQUIREMENTS OUTLINED AND ORDERED BY ATTORNEY GENERAL BARR ON MARCH 26, 2020 TO THE BUREAU OF PRISONS. I ALSO MEET THE REQUIREMENT OUTLINED BY THE LEGISLATURE AND SIGNED BY PRESIDENT TRUMP ON MARCH 27, 2020 FOR EXPEDITED, EMERGENCY RELEASE OF ELIGIBLE FEDERAL PRISONERS TO HOME

**Where did it happen to you?**

Page 6 of 10

Case 5:20-ct-03139-M   Document 4   Filed 05/11/20   Page 6 of 10

**What was your injury?**

CONFINEMENT. MY BRIEF WAS FILED ON APRIL 7, 2020. I AM PROTECTED UNDER THE "EX POST FACTO" LAW FROM ANY AMENDMENT BY ATTORNEY GENERAL BARR AFTER THAT DATE. ① I AM 66 YEARS OLD. (DATE OF BIRTH 2-19-1953. ② I AM AT A LOW SECURITY CORRECTIONAL INSTITUTION. ③ MY RISK ASSESSMENT/RECIDIVISM SCORE IS "MINIMAL". ④ I AM A NONVIOLENT, FIRST TIME OFFENDER. ⑤ I HAVE BEEN A MODEL PRISONER AT BUTNER LSCI WITH GOOD CONDUCT. ⑥ I HAVE (FTD) FRONTOTEMPORAL DEMENTIA A TERMINAL ILLNESS WITH AN END OR LIFE TRAJECTORY (EXHIBIT B). THIS IS A HIGH RISK FOR COVID-19 AND IS THE NUMBER ONE CO-MORBID DISEASE LISTED ON DEATH CERTIFICATES ACCORDING TO THE CDC. MY HYPERTENSION IS ALSO LISTED AS A CO-MORBID VULNERABILITY. ⑦ I HAVE NO COVID-19 AT THE PRESENT TIME. ⑧ I HAVE SUBMITTED A RE-ENTRY PLAN FOR HOME CONFINEMENT. I WILL RETURN TO MY HOME IN FLORIDA WITH MY WIFE AND 6 YEAR OLD SON. I HAVE RETIREMENT INCOME FROM SOCIAL SECURITY. I HAVE MEDICARE FOR HEALTH INSURANCE. IF I NEED MEDICAL CARE I WILL BE SEEN AT HEALTH FIRST HOLMES REGIONAL MEDICAL CENTER, MELBOURNE, FLORIDA 32901.

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No

If no, explain why not:

SEE ATTACHED (EXHIBIT A) ATTORNEY GENERAL BAR ORDER MARCH 26, 2020.

Is the grievance process completed?   ☒ Yes   ☐ No

If no, explain why not:

(SEE ATTACHED) DATED APRIL 1, 2020 DENIAL OF REDUCTION IN SENTENCE AND RELEASE UNDER THE CARE ACT (EXHIBIT C). UNDER SECTION 3582 OF TITLE 18 UNITED STATES CODE, SUBSECTION (C)(1)(A) "I HAVE EXHAUSTED ALL ADMINISTRATIVE RIGHTS TO APPEAL A FAILURE OF THE BUREAU OF PRISONS TO BRING A MOTION ON THE DEFENDANT'S BEHALF." MEDICAL RECORDS HAVE BEEN SUBMITTED TO THE COURTS BY LEGAL MAIL.

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes*

① ISSUE AN EMERGENCY, EXPEDITED ORDER FOR PETITIONER'S IMMEDIATE RELEASE FROM PRISON TO HOME CONFINEMENT DUE TO COVID 19 AS OUTLINED BY THE CARES ACT OF MARCH 27, 2020. ② ISSUE AN ORDER FOR DEFENDANTS WILLIAM BARR, MICHAEL CARVAJAL, AND TAMARIA S. LYN, INDIVIDUALLY AND OFFICIALLY TO PAY PETITIONER COMPENSATION FOR DAMAGES OF THREE THOUSAND 500 HUNDRED DOLLARS ($3,500) PER DAY BEGINING FROM MARCH 27, 2020, THE EFFECTIVE DATE OF THE CARES ACT, UNTIL THE DAY OF MY RELEASE FROM PRISON. ③ ISSUE AN ORDER, IF THE DELAY IS SO PROLONGED AS IT CAUSES MY DEATH FROM COVID 19, I DEMAND COMPESATION OR TWENTY-FIVE (25) MILLION DOLLARS TO BE PAID TO MY WIFE, MELISSA MADDEN GAYDEN AT 408 MANGO DRIVE, MELBOURNE BEACH, FLORIDA 32951, ④ ISSUE AN ORDER FOR SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS JUST AND PROPER. DEATH FROM COVID 19 IS CURRENTLY KNOCKING ON OUR DOOR. I PRAY THAT IF I SURVIVE THAT EXPEDITED, EMERGENCY RELIEF FROM PRISON.

EXECUTED UNDER THE PAINS AND PENALTIES OF PERJURY PURSUANT TO 28 U.S.C. SECTION

Case 5:20-cv-03139-M   Document 4   Filed 05/11/20   Page 8 of 10

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?                                      ☐ Yes   ☒ No

       If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

APRIL 22, 2020
_____
Dated

John Matthew Gayden, Jr.
_____
Plaintiff's Signature

JOHN MATTHEW GAYDEN, JR.
_____
Printed Name

677-42-018
_____
Prison Identification #
LOW SECURITY CORRECTIONAL INSTITUTION

P.O BOX 999        BUTNER    NORTH CAROLINA 27509
_____
Prison Address                City                    State        Zip Code